UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                        16-cr-0775 (PKC)

      -against-

                                        ORDER

ANGEL CAMILO,

                    Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        The government shall respond to defendant's motion for sentence reduction (Doc 114) within thirty days of this order.

        SO ORDERED.

                                                    P. Kevin Castel
                                                    United States District Judge

Dated: New York, New York
          April 6, 2022